UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between<br>CREDIT SUISSE SECURITIES (USA) LLC,<br><br>                            Petitioner,<br><br>    -against-<br><br>WILLIAM LARRY RICHMOND,<br><br>                            Respondent. | Case No.: 15 Civ. 3341 (VEC)<br><br>**RULE 7.1 DISCLOSURE<br>STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for petitioner Credit Suisse Securities (USA) LLC states that Credit Suisse Securities (USA) LLC is a wholly owned subsidiary of Credit Suisse (USA), Inc., which in turn is a wholly owned subsidiary of Credit Suisse Holdings (USA), Inc.  Credit Suisse Holdings (USA), Inc. is jointly owned by Credit Suisse AG and Credit Suisse Group AG.  Credit Suisse AG is a wholly owned subsidiary of Credit Suisse Group AG.  The shares of Credit Suisse Group AG are publicly traded on the Swiss Stock Exchange, and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

Dated: New York, New York
       June 5, 2015

                                              DEWEY PEGNO & KRAMARSKY LLP

                                              By: /s/ David C. Marden

                                                Stephen M. Kramarsky
                                                David C. Marden
                                                777 Third Avenue – 37th Floor
                                                New York, New York 10017
                                                (212) 943-9000

                                                *Attorneys for Petitioner*